IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.: 3:10-CV-465-RLV-DCK

JASON JAY BULLOCK,

    Plaintiff,

v.

SPHERION and HEWITT & ASSOCIATES,

    Defendants.

ORDER

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 23) concerning David S. Baffa, filed January 20, 2011. Mr. Baffa seeks to appear as counsel *pro hac vice* for Defendant Hewitt Associates LLC.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Baffa is admitted to appear before this court *pro hac vice* on behalf of Defendant Hewitt Associates LLC.

Signed: January 21, 2011

David C. Keesler
United States Magistrate Judge